AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

United States of America
v.
Ignacio Macias

)
)
)
)
)
)
)

Case No:   1:16CR00260-001

USM No:   15499-028

Date of Original Judgment:   03/27/2018

Date of Previous Amended Judgment:   _____

*(Use Date of Last Amended Judgment if Any)*

Jacob Leon

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   188 months   months **is reduced to**   168 months*   .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

* 168 months. Ct. 1: 120 months, Ct. 2: 48 months, consecutive.

Except as otherwise provided, all provisions of the judgment dated   03/27/2018   shall remain in effect.

**IT IS SO ORDERED**.

Date: 4/8/2024

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana